FILED
IN CLERK'S OFFICE

[illegible date stamp]

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**Jonah Badanes-Katzman,** Plaintiff,
v.
**City of Cambridge, et al.,** Defendants.
Civil Action No. _____

# DECLARATION OF JONAH BADANES-KATZMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Jonah Badanes-Katzman, declare under penalty of perjury:

1. **Employment & Protected Activity**
   I was employed as a paraprofessional with Cambridge Public Schools until my termination on November 5, 2024. On that day, while off duty and acting as a private citizen, I filed a **51A mandated reporter report** with the Department of Children and Families (DCF) and made a separate report to the Cambridge Police Department, regarding suspected abuse of non-verbal, disabled students at Tobin Montessori School.

2. **Causation & Timing**
   Within approximately **one hour** of filing these reports, I received a termination call from Principal Jamie Frost. Attached as **Exhibit J** is a screenshot showing the November 5, 2024 phone call from Principal Frost immediately after Officer Gutierrez informed her of my report.

3. **Retaliation & Aftermath**
   Following termination, I experienced:

   - Unannounced contact at my home from CPSD HR;

   - A warning call from Cambridge Police about "harassment" for informing a parent of the abuse report;

   - Seizure of my CPSD Google Workspace account and documents;

   - Denials and delays in accessing my own police report and personnel records.

4. **Illness at Time of Retaliation**
   At the time of these events, I was under medical care for **bronchitis**, documented in

**Exhibit I** (doctor's note). Despite my illness, I carried out my mandated-reporting duties.

5. **Corroborating Witness**
   A senior teacher provided a written statement (attached as **Exhibit K**) confirming that I sought administrative help for student safety concerns, that those concerns were dismissed, and that I was acting to protect students when I made my reports.

6. **Ongoing Harm**
   Since my termination, I have suffered:

   - Ongoing reputational harm and blacklisting in my professional community;
   - Loss of employment opportunities, including outside the education field;
   - Severe emotional distress and isolation;
   - Continued fear of evidence spoliation by Defendants, based on their past conduct removing or deleting records after complaints.

7. **Need for Immediate Relief**
   Without a court order, Defendants may continue retaliating, contacting me directly, and destroying or altering evidence critical to my case and to child safety.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/11 , 2025

_____

Jonah Badanes-Katzman          [signature]
Plaintiff, pro se

_____

**Exhibits**

- **Exhibit I** – Doctor's Note (Bronchitis, November 2024)
- **Exhibit J** – Screenshot of Principal's Call (Nov. 5, 2024)
- **Exhibit K** – Senior Teacher Corroborating Statement

[EX 1]

DR NOTE Bronchitis 11/2024

 **Atrius Health**
Part of Optum®

Cambridge Internal Medicine
1611 Cambridge Street
Cambridge MA 02138-4397
617-661-5100 (phone); 617-661-5136   (fax)

November 4, 2024

Re:
Jonah Badanes-Katzman
2143 Massachussets Ave
Cambridge MA 02140-0003

To Whom it may concern:

Jonah Badanes-Katzman was seen in my today ( 11/04/24) for an office visit due to his Bronchitis in which he received a chest x-ray.b  Should you have any further questions or concerns, please feel free to reach out to my office at 617-661-5100.

Sincerely,

Rashika Mathews, MD

[Ex. J]
Screenshot of Principal's
Call (11/5/2024)



November 5, 2024    called to terminate me

3:25 PM  Incoming Call
27 seconds

Calls with a checkmark have been verified by the carrier.

 Contact Photo & Poster

phone
+1 (617) 201-7848

Notes

[EX. K]
Senior Teacher's
Corroborating Statement
11-5-2024

11/14/24, 4:51 PM — image0.png

**Emily** (iMessage, Tuesday 6:31 PM)

> Hey, it's Emily. So to be clear, if you feel comfortable answering. You called the police today about the prior incident because admin dismissed it?

> I believe Andre is in danger from Kyrone.

> Do you?

👍 Yes.

> I can't say in writing. But I support your decision to do what you did.

> Can you talk to Andre's parents?

> Ive considered it many times.

> I called Andre's mom, Beth. Here's her number, 617-259-8799

> Did you speak with her?

## Certification Pursuant to Fed. R. Civ. P. 65(b)(1)(B)

I, Jonah Badanes-Katzman, certify that immediate and irreparable injury, loss, or damage will result before the adverse parties can be heard in opposition.

Efforts to notify the Defendants were not made because:

- The Plaintiff reasonably fears retaliation, harassment, or further attempts to contact him directly if advance notice is given.

- Defendants have previously used administrative, legal, and police resources to interfere with Plaintiff's rights after protected reporting.

- Delay to provide advance notice would risk the destruction or alteration of critical digital evidence still controlled by Defendants, including Google Workspace materials and internal communications related to Plaintiff's termination and mandated report.

This motion is supported by sworn declaration and documentary evidence establishing urgency and risk of harm.

Respectfully submitted,
Dated: August 11, 2025
**/s/ Jonah Badanes-Katzman**
Plaintiff, Pro Se

 Outlook

**Litigation Hold & Records Preservation Demand -- Badanes-Katzman v. City of Cambridge et al. (Tobin Montessori)**

From   Jonah Badanes-Katzman <jbadanes-katzman@outlook.com>
Date   Sun 8/10/2025 5:15 PM
To     citycouncil@cambridgema.gov <citycouncil@cambridgema.gov>; dsimmons@cambridgema.gov <dsimmons@cambridgema.gov>; SchoolCom@cpsd.us <SchoolCom@cpsd.us>; dmurphy@cpsd.us <dmurphy@cpsd.us>
Cc     mbayer@cambridgema.gov <mbayer@cambridgema.gov>; mmacfarlane@cpsd.us <mmacfarlane@cpsd.us>; sconstant@cpsd.us <sconstant@cpsd.us>; jfrost@cpsd.us <jfrost@cpsd.us>; ajimenez@cpsd.us <ajimenez@cpsd.us>; slevy@cambridgema.gov <slevy@cambridgema.gov>

📎 1 attachment (89 KB)
Litigation Hold & Records Preservation Demand — Badanes-Katzman v. City of Cambridge et al. (Tobin Montessori).docx;


Hi all - please see the attached litigation hold/preservation demand regarding my November 5, 2024 termination following mandated reporting at Tobin Montessori. This is a formal request to suspend deletion and preserve all potentially relevant ESI and paper records. Please confirm within 2 business days: (1) litigation hold + custodians, (2) preservation steps, (3) designated POC and time for a status update. Thanks, Jonah.

Ex. C - Appeal of Public Records

Jonah Badanes-Katzman

88 Park Ave

Cambridge, MA 02138

jbadkat@gmail.com

267-280-7276

July 21, 2025

Supervisor of Public Records

Office of the Secretary of the Commonwealth

Public Records Division

One Ashburton Place, Room 1719

Boston, MA 02108

publicrecords@sec.state.ma.us

## RE: Appeal of Public Records Denial – Police Case #24010122 and CPSD Termination Records

Dear Supervisor of Records,

I am writing to formally appeal the denial or failure to adequately fulfill my public records requests submitted to the Cambridge Police Department and the Cambridge Public School District (CPSD), in accordance with Massachusetts General Laws Chapter 66, Section 10.

1. Cambridge Police Department Denial
On or around November 5, 2024, I filed a police report with the Cambridge Police Department regarding suspected child abuse that I had witnessed as a mandated reporter during my employment at Tobin Montessori School. The case number is #24010122.

I submitted a public records request for access to the report I filed and any related correspondence. The City Solicitor's Office responded on December 3, 2024, denying my request under G.L. c. 4, § 7(26)(c), citing an ongoing investigation and privacy protections involving minors.

However, I was the original complainant, and the case has since been screened out by DCF

with no further action taken, as confirmed by DCF Response Worker Susan Walsh (see Report ID #133807). The cited exemption does not apply to the entirety of the requested material, and at minimum, I am entitled to a redacted copy of the police report I filed.

2. Cambridge Public Schools Records

I also submitted requests for:
- My termination records
- Internal emails between administrators regarding my employment
- Communications with DCF or law enforcement related to my report

The district has either denied these requests or failed to respond fully. Again, as the subject of these records and a mandated reporter who filed in good faith, I have a right to documentation pertaining to my termination and any allegations or discussions used to justify it.

The withholding of these records appears retaliatory and obstructs my ability to pursue a fair defense and expose potential misconduct.

Request

I respectfully request that your office:
- Investigate the improper withholding of records in both instances
- Instruct the Cambridge Police Department and CPSD to release redacted, non-exempt portions of the records
- Ensure compliance with the public's right to access information

Thank you for your attention to this matter. Please feel free to contact me with any questions or to request supporting documentation.

Sincerely,
Jonah Badanes-Katzman

## Certification Pursuant to Fed. R. Civ. P. 65(b)(1)(B)

I, Jonah Badanes-Katzman, certify that immediate and irreparable injury, loss, or damage will result before the adverse parties can be heard in opposition.

Efforts to notify the Defendants were not made because:

- The Plaintiff reasonably fears retaliation, harassment, or further attempts to contact him directly if advance notice is given.

- Defendants have previously used administrative, legal, and police resources to interfere with Plaintiff's rights after protected reporting.

- Delay to provide advance notice would risk the destruction or alteration of critical digital evidence still controlled by Defendants, including Google Workspace materials and internal communications related to Plaintiff's termination and mandated report.

This motion is supported by sworn declaration and documentary evidence establishing urgency and risk of harm.

Respectfully submitted,
Dated: August 11, 2025
/s/ Jonah Badanes-Katzman
Plaintiff, Pro Se

# Short proposed order

### [Proposed] Temporary Restraining Order

Having considered Plaintiff's motion and supporting exhibits, the Court finds Plaintiff has shown (1) a likelihood of success on the merits of his First Amendment and due-process claims; (2) irreparable harm absent relief; (3) that the balance of equities favors Plaintiff; and (4) that the public interest supports protection of mandated reporting and preservation of evidence. It is ORDERED that:

1. Defendants shall immediately cease any retaliation or adverse action against Plaintiff related to his reports to DCF or law enforcement.

2. Defendants shall preserve all documents, communications, and ESI (including cloud accounts and mobile devices) relating to Plaintiff's reports, termination, and any subsequent actions; within 7 days file a certification of litigation-hold implementation.

3. Within 7 days, Defendants shall produce to Plaintiff non-exempt, appropriately redacted copies of (a) the police incident report he filed on Nov. 5, 2024 (Case #24010122), and (b) records sufficient to show the reasons and decisionmakers for his termination.

4. Defendants shall not contact Plaintiff directly about the subject matter of this case except through counsel or with Court permission.

5. This Order remains in effect until further order of the Court; a preliminary-injunction hearing is set for _____ at _____.

Dated: 8/11/2025

United States District Judge